Michael J. Frevola
Christopher R. Nolan
K. Blythe Daly
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
Tel: (212) 513-3200
Fax: (212) 385-9010
E-mail: michael.frevola@hklaw.com
        chris.nolan@hklaw.com
        blythe.daly@hklaw.com

Attorneys for Plaintiff,
*Golden Ocean Group Limited*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDEN OCEAN GROUP LIMITED,

                Plaintiff,

- against -

GENUINE MARITIME LTD., SA,

                Defendant.

09 CV _____ ( __ )

**ORDER OF SEALING**

      Upon reading the Declaration of Christopher R. Nolan in support of Plaintiff's application to file under seal the Verified Complaint and all papers submitted with or upon Plaintiff's application for an Order for Issuance of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is

      ORDERED, pursuant to Fed. R. Civ. P. Rule 5.2(d) that the Complaint and all papers submitted with or upon Plaintiff's application for an order for Issuance of Maritime Attachment and Garnishment, including this Order of Sealing and the accompanying declaration in support

of *ex parte* motion to file papers under seal, shall be filed under seal and shall remain under seal for a period of ~~thirty (30)~~ ten 10 days ~~or until any attachment is restrained, whichever occurs first, or until further order of this~~ subject to any further extension granted by the Judge to whom the case is assigned. Court.

_____
UNITED STATES DISTRICT JUDGE
Part I

6-5-09
Date

# 6354328_v1